54

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MERLE WAYNE CARLISLE, Defendant-Appellant.

(No. 12040;

Fourth District—April 18, 1973.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

John F. McNichols, of Defender Project, of Springfield, (Bruce L. Herr, of counsel,) for appellant.

No appearance for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARK DAMON MILLER, Defendant-Appellant.

(Nos. 11800-01 cons.;

Fourth District—April 18, 1973.

Opinion by Mr. JUSTICE SIMKINS.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Robert J. Bier, State's Attorney, of Quincy, (John A. Beyer, of Circuit Attorney Project, of counsel,) for the People.

RICHARD GRISSOM, Plaintiff-Appellee, *v.* BUCKLEY-LODA COMMUNITY UNIT SCHOOL DISTRICT No. 8, Defendant-Appellant.

(No. 11986;

Fourth District—May 22, 1973.